

**IN the INTEREST OF: J.R., a Minor**

**3504 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–51–DP–0001372–2015
(Philadelphia)

Affirmed

**IN the INTEREST OF: J.A.R., a Minor**

**3505 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–51–AP–0000850–2016 (Philadelphia)

Affirmed

**COM.**

**v.**

**SEARS, R., Jr.**

**27 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

Reargument Denied 8/7/2017

CP–49–CR–0000743–2014
(Northumberland)

Quashed

**MCS PARTNERS**

**v.**

**HAMDIN, I.**

**688 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

2013–CV–4187–NT
(Dauphin)

Affirmed

**PA ENERGY VISION, LLC.**

**v.**

**SOUTH AVIS REALTY, INC.**

**1105 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

1364–12 (Clinton)

Affirmed

**IN RE: ADOPTION OF: G.F., a Minor**

**1161 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

053–ADOPT–2016 (Cumberland)

Affirmed

